UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20330-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DETRICK EVANS**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on March 27, 2025 [ECF No. 164]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 164]** is **AFFIRMED AND ADOPTED**, and Defendant, Detrick Evans's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 31st day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Lisette M. Reid